**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CASE NO.  3:09CR078 |
| Plaintiff, | : Judge Thomas M. Rose |
| v. | : |
| **LEON AARON MORRIS** | : |
| Defendant | **ENTRY AND ORDER** |
| | : |

---

**ENTRY AND ORDER DENYING DEFENDANT'S REQUEST FOR SENTENCING
MODIFICATION (DOC. #36)**

---

This matter comes before the Court pursuant to Defendant's Request for Sentencing Modification (Doc. #36) filed December 4, 2012.  Said request is basically a refiling of the Defendant's Motion to Reduce Sentence (Doc. #28) filed on October 6, 2011 and supplemented November 3, 2011 and January 3, 2012.

The Court in an Order (Doc. #35) filed January 13, 2012 denied said Motion due to the finding that Defendant, at the time of sentencing, was determined to be a career offender, pursuant to United States Sentencing Guidelines §4B1.1.  Further the Court determined that career offender guideline was utilized to determine Defendant's base offense level.

1

Pursuant to those findings the Court finds the 108 month sentence imposed is proper, reasonable and appropriate.  Defendant's request is denied.

January 23, 2013                                             *Thomas M. Rose*

 

 

_____

JUDGE THOMAS M. ROSE